# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-1328

_____

Jerry L. Nibeck

*Plaintiff - Appellant*

v.

Marion Police Department; Adam Cirkl

*Defendants - Appellees*

Donna Sue Jewell

*Defendant*

Mark Kjormoe

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: May 6, 2019
Filed: May 10, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jerry L. Nibeck appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged defendants violated his First and Fourth Amendment rights. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (reviewing the grant of summary judgment on the basis of qualified immunity de novo). The judgment is affirmed, see 8th Cir. R. 47B, and Nibeck's pending motion to supplement the record is denied, see Dakota Indus., Inc. v. Dakota Sportswear, Inc., 988 F.2d 61, 63 (8th Cir. 1993) ("Generally, an appellate court cannot consider evidence that was not contained in the record below.").

_____

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.